UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| NATASHA DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV619-080 |
| | ) | |
| HAYWARD ALTMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### REPORT AND RECOMMENDATION

The Court ordered *pro se* plaintiff Natasha Dixon to effect service, pursuant to Federal Rule of Civil Procedure 4, by April 9, 2021.  Doc. 10.  As plaintiff has not effected service of her pleadings or otherwise complied with the Court's Order, the Complaint should be **DISMISSED**.

Federal Rule of Civil Procedure 4(m) requires that a plaintiff effect service within 90 days of the complaint being filed.  Fed. R. Civ. P. 4(m).  Service upon an individual requires that a copy of the summons and complaint be delivered to the defendant or their agent personally or left at their home with a person of suitable age and discretion.  Fed. R. Civ. P. 4(e); O.C.G.A. § 9-11-4(e)(7).   Service upon a governmental organization, such as a district attorney's office, requires delivery of the

complaint and summons to the organization's "chief executive officer." Fed. R. Civ. P. 4(j)(2); O.C.G.A. § 9-11-4(e)(5). Both the complaint and a summons must be served by someone over the age of 18 who is not a party to the case. Fed. R. Civ. P. 4(c)(1) & (2). Unless service is waived or completed by the United States Marshals Service, the plaintiff must provide proof of service to the Court. Fed. R. Civ. P. 4(l)(1). If service is not completed within 90 days of filing, dismissal of the complaint is mandatory. Fed. R. Civ. P. 4(m).

More than five months have passed since plaintiff's deadline to serve expired. Doc. 10. Plaintiff long ago exceeded the 90 days permitted for service and has provided no good cause for drawing this case out any longer. Therefore, the Complaint should be **DISMISSED** for plaintiff's failure to serve. This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any

request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 26th day of August, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA